IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sockeye Licensing TX, LLC,**  Plaintiff,  v.  **E&S International Enterprise, Inc. and Walmart, Inc.,**  Defendant. | Case No. 1:19-cv-05719-ARW  Patent Case  Jury Trial Demanded |

## NOTICE OF MOTION

On May 20, 2020 at 9:00 a.m., or as soon thereafter as they may be heard, counsel for Plaintiff, Sockeye Licensing TX, LLC, shall appear before the Honorable Judge Andrea R. Wood or any judge sitting in that judge's stead, in Courtroom 1925 of the Everett McKinley Dirksen United States Courthouse, and present the corresponding Motion.

Dated: April 20, 2020

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 20, 2020, via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff