# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sockeye Licensing TX LLC

                      Plaintiff,

v.                                                    Case No.: 1:19–cv–05719

                                                            Honorable Andrea R. Wood

JMC Electronics LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [27] as to Defendant Walmart, Inc. Accordingly, all claims against Walmart, Inc. are dismissed without prejudice. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.